Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Nicholas Wolfram
Assistant Federal Public Defender
Nevada State Bar No. 16653
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Nicholas_Wolfram@fd.org

*Attorney for Petitioner Brando Maximiliano De Jesus Perez Peña

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Brando Maximiliano De Jesus Perez Peña,

Petitioner,[1]

v.

Todd Blanche, *et al.*,

Respondents.

Case No. 2:26-cv-02535-APG-DJA

**ORDER GRANTING**

**Request for extension of time to file Amended Petition**

(First Request)

## POINTS AND AUTHORITIES

Petitioner Brando Maximiliano De Jesus Perez Peña respectfully requests a 14-day extension of time to file his Amended Petition. This would extend Mr. Perez's deadline to file the Amended Petition from September 8, 2026, to September 22, 2026. Undersigned counsel contacted counsel for Federal Respondents, Assistant United States Attorney James Sweetin, on September 8, 2026, asking if

[1] The case caption and prior pleadings in this case mistakenly state Mr. Perez Peña's name as "Perez Penda." This pleading updates the case caption accordingly.

Respondents opposed this extension. At the time of filing, undersigned counsel has not received a response.

This is Mr. Perez's first request for an extension. Mr. Perez filed his pro se petition for a writ of habeas corpus on August 11, 2026, ECF No. 1, and this Court appointed the Federal Public Defender, ECF No. 3. After undersigned counsel met with Mr. Perez, an immigration judge ordered him removed on September 2, 2028. Mr. Perez has until October 2, 2026, to appeal the IJ's decision to the Board of Immigration Appeals (BIA).

Mr. Perez accordingly requests this 14-day extension of time to allow him to decide whether he will appeal the IJ's removal order to the BIA, and to allow undersigned counsel to speak with Mr. Perez about how the posture of his immigration proceedings affects this case. This request is made in good faith and not for the purposes of delay. For these reasons, Mr. Perez requests a 14-day extension of time to file his Amended Petition.

Dated September 8, 2026.

RENE L. VALLADARES
Federal Public Defender

By *s/ Nicholas Wolfram*
NICHOLAS WOLFRAM
Assistant Federal Public Defender

IT IS SO ORDERED:



United States District Judge

Dated: September 9, 2026